

United States Department of Justice

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*      Tel.: (518) 431-0247
*James T. Foley U.S. Courthouse*      Fax: (518) 431-0249
*Albany, New York 12207-2924*

December 3, 2025

**BY CM/ECF**
Hon. Daniel J. Stewart
U.S. Magistrate Judge            1:25-mc-29 (AMN/DJS)
James T. Foley U.S. Courthouse
445 Broadway, Room 314
Albany, New York 12207

      Re:    Application to extend time to file a forfeiture complaint against
              <u>$10,533.00 in U.S. currency</u>

Dear Judge Stewart:

      Pursuant to 18 U.S.C. § 983(a)(3)(A), the United States respectfully requests that the Court extend the government's deadline to file a civil forfeiture action against $10,533.00 in U.S. currency (the Subject Currency) until March 7, 2026. The current deadline is December 7, 2025.

      As the Court is aware, the Drug Enforcement Administration (DEA), the Federal Bureau of Investigation (FBI) and many local law enforcement agencies have been investigating the drug activities of a suspected drug trafficking organization (DTO) in and around the Albany area as part of a case now captioned *United States v. Samer Abdelhak, et al.*, No. 1:25-cr-282 (AMN). Tiffany Waldvogel was identified as a member of the DTO.

      On June 12, 2025, members of the FBI executed a federal search and seizure warrant at Waldvogel's residence and the stash location in Flushing, New York. Agents seized 203 kilograms of cocaine, 623 grams of cocaine base, numerous pills containing methamphetamine and fentanyl, 273 pounds of marijuana, LSD, methylenedioxymethamphetamine, ketamine, a kilogram press, digital scales and other drug processing materials. In addition, the Subject Currency was seized along with two money counters and drug ledgers. Waldvogel has agreed to pled guilty to Count One of superseding information in *United States v. Abdelhak, et al*, Case No. 1:25-cr-282 (AMN) in the United States District Court of the Northern District of New York.

      On September 8 2025, the DEA received a claim to the Subject Currency from Tiffany Waldvogel.

      The Civil Asset Forfeiture Reform Act (CAFRA) provides, in part: "Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture . . . except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown . . . ." 18 U.S.C. § 983(a)(3)(A). Accordingly, unless the CAFRA deadline is extended, the United States must file a forfeiture complaint or return the Subject Currency by December 7, 2025.

The Hon. Daniel J. Stewart
December 3, 2025
Page 2

      Good cause exists to extend the CAFRA deadline in this case. This civil forfeiture matter is connected to an ongoing criminal investigation. I am an AUSA handling the criminal prosecution of Waldvogel's and related cases, and I believe that the filing of a civil forfeiture complaint at this time would interfere with the ongoing criminal investigation.

      Courts routinely grant extensions of CAFRA's deadline in such circumstances. *See, e.g., United States v. $15,000*, 2006 WL 1049663, at *2 (N.D. Ill. Apr. 20, 2006) (finding that an ongoing grand jury investigation of the crime providing a basis for a parallel civil forfeiture action constituted "good cause" for granting an extension of the 90-day deadline under section § 983(a)(3)(A)); *United States v. $140,000*, 2007 WL 2261650, at *8-9 (E.D.N.Y. 2007) ("good cause" includes the concern that the civil case will adversely affect a criminal investigation).

      For these reasons, the government respectfully requests that the Court issue the attached order extending the deadline for the United States to file a forfeiture complaint against the above referenced property for an additional 90 days to March 7, 2026. Upon issuance of the order, the government will send a copy to Tiffany Waldvogel, together with this application.

      The government thanks the Court for its consideration of this request.

Yours sincerely,

JOHN A. SARCONE III
Acting United States Attorney

By: *(signature)*

Nicholas Walter
Assistant United States Attorney
Bar Roll No. 706029

Attachment: Proposed Order